| | | | |
|---|---|---|---|
| Com. v. Hynson [25] .. | 03/15/2016857 MAL (2015) | Denied | Pa.Super., 133 A.3d 65 |
| Com. v. Ingram .... | 03/16/2016478 WAL (2015) | Denied | Pa.Super., 134 A.3d 485 |
| Com. v. Inman [26] ... | 03/08/2016729 MAL (2015) | Denied | Pa.Super., 133 A.3d 68 |
| Com. v. Johnson [27].. | 03/08/2016374 WAL (2015) | Denied | Pa.Super., 120 A.3d 1047 |
| Com. v. Jordan [28] ... | 03/22/2016602 EAL (2015) | Denied | Pa.Super., 125 A.3d 55 |
| Com. v. Laboy [29].... | 03/22/2016872 MAL (2015) | Denied | Pa.Super., 134 A.3d 104 |
| Com. v. Lopez [30].... | 03/03/2016570 EAL (2015) | Denied | Pa.Super., 131 A.3d 104 |
| Com. v. Lynch [31].... | 03/15/2016732 MAL (2015) | Denied | Pa.Super., 131 A.3d 85 |
| Com. v. Martin [32] ... | 03/15/2016950 MAL (2015) | Denied | Pa.Super., 131 A.3d 94 |
| Com. v. Mason [33] ... | 03/08/2016535 EAL (2015) | Denied | Pa.Super., 131 A.3d 87 |

25. Justice EAKIN did not participate in the decision of this matter.

26. Justice EAKIN did not participate in the consideration or decision of this matter.

27. Justice EAKIN did not participate in the consideration or decision of this matter.

28. Justice WECHT did not participate in the consideration or decision of this matter.

29. Justice WECHT did not participate in the consideration or decision of this matter.

30. Justice EAKIN did not participate in the consideration or decision of this matter.

31. Justice EAKIN did not participate in the consideration or decision of this matter.

32. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.

33. Justice EAKIN and DONOHUE did not participate in the consideration or decision of this matter.

| Title | Date | Allocatur Docket Number | Disposition and Appeal Docket | Lower Court Docket or Citation |
|---|---|---|---|---|
| Com. v. Metzger [34] | 03/15/2016 | 457 WAL (2015) | Denied | Pa.Super., 125 A.3d 466 |
| Com. v. Muir [35] | 03/08/2016 | 912 MAL (2015) | Denied | Pa.Super., 134 A.3d 107 |
| Com. v. Newsome [36] | 03/08/2016 | 489 WAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Payton | 03/17/2016 | 544 EAL (2015) | Denied | Pa.Super., 122 A.3d 1134 |
| Com. v. Perez [37] | 03/17/2016 | 733 MAL (2015) | Denied | Pa.Super., 131 A.3d 106 |
| Com. v. Pugh [38] | 03/22/2016 | 458 WAL (2015) | Denied | Pa.Super., 134 A.3d 105 |
| Com. v. Roberts | 03/17/2016 | 803 MAL (2015) | Denied | Pa.Super., 133 A.3d 83 |
| Com. v. Roman | 03/22/2016 | 466 WAL (2015) | Denied | Pa.Super., 134 A.3d 480 |
| Com. v. Samuel [39] | 03/22/2016 | 472 WAL (2015) | Denied | Pa.Super., 102 A.3d 1001 |
| Com. v. Santiago [40] | 03/08/2016 | 796 MAL (2015) | Denied | Pa.Super., 133 A.3d 63 |
| Com. v. Smith [41] | 03/15/2016 | 596 EAL (2015) | Denied | Pa.Super., 133 A.3d 81 |

34. Justice EAKIN did not participate in the decision of this matter.

35. Justice EAKIN did not participate in the decision of this matter; Justice DONOHUE did not participate in the consideration or decision of this matter.

36. Justice EAKIN did not participate in the decision of this matter.

37. Justice DONOHUE did not participate in the consideration or decision of this matter.

38. Justice WECHT did not participate in the consideration or decision of this matter.

39. Justice DONOHUE did not participate in the consideration or decision of this matter.

40. Justice EAKIN did not participate in the consideration or decision of this matter.

41. Justice EAKIN did not participate in the consideration or decision of this matter.